1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF; and CONNIE ARNOLD | ) Case No.: 11-00869 LB </br> ) </br> ) **Civil Rights** </br> ) |
| Plaintiffs, | ) </br> ) [~~PROPOSED~~] ORDER GRANTING |
| vs. | ) JOINT STIPULATION TO CONTINUE </br> ) THE SCHEDULING ORDER DATES |
| SAFARI WEST, Inc., a California Corporation; PETER ANTON LANG and NANCY ANNE LANG, individuals and as Trustees of the LANG 2003 TRUST dba SAFARI WEST; and DOES 1 through 10, Inclusive, | ) FOR 60 DAYS </br> ) </br> ) </br> ) </br> ) </br> ) |
| Defendants. | ) </br> ) </br> ) |

**Joint Stipulation Continue Case Scheduling Dates (GO 56)**
**C 11-00869 LB**

1

1  **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

2      The Parties request for an extension of the June 6th deadline, and all of the
3  remaining dates by 60 days to August 5, 2011, so that the Parties can meet on-site
4  with their respective experts and begin settlement negotiations is   granted.

6      **IT IS SO ORDERED.**

8  Dated:  June 1, 2011

11                 By:  _____
12                      HONORABLE LAUREL BEELER
                      UNITED STATES MAGISTRATE JUDGE