| | |
|---|---|
| 1 | BARBOSA, METZ & HARRISON, LLP |
| 2 | PATRICIA BARBOSA, Esq. - 125865<br>PBarbosa@bmihlaw.com |
| 3 | JEFF A. HARRISON, Esq. - 151227<br>JHarrison@brnihlaw.com |
| 4 | 17547 Ventura Blvd., Suite 310<br>Encino, CA 91316 |
| 5 | Telephone:   (818) 386-1200<br>Facsimile:    (818) 386-1212 |
| 6 | |
| 7 | Attorneys for Plaintiffs<br>RICHARD SKAFF and CONNIE ARNOLD |
| 8 | HANSON BRIDGETT LLP |
| 9 | KURT A. FRANKLIN - 172715<br>kfranklin@hansonbridgett.com |
| 10 | MOLLY A. LEE - 232477<br>mlee@hansonbridgett.com |
| 11 | 425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| 12 | Telephone:   (415) 777-3200<br>Facsimile:    (415) 541-9366 |
| 13 | Attorneys for Defendants |
| 14 | SAFARI WEST, INC., PETER ANTON LANG and<br>NANCY ANNE LANG, individuals and as Trustees of the |
| 15 | LANG 2003 TRUST dba SAFARI WEST |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SKAFF; and CONNIE ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>SAFARI WEST, INC., a California Corporation; PETER ANTON LANG and NANCY ANNE LANG, individuals and as Trustees of the LANG 2003 TRUST dba SAFARI WEST; and DOES 1 through 10, Inclusive,<br><br>Defendants. | No. CV 11-0869 LB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Action Filed:   February 24, 2011 |

- 1 -

STIP AND [PROPOSED] ORDER RE: ANSWER TO COMPLAINT
(CASE NO. CV 11-0869 LB)

3028624.1

1   WHEREAS, on February 24, 2011, Plaintiffs Richard Skaff and Connie Arnold
2   ("Plaintiffs") filed their Complaint for Injunctive Relief and Damages in this Court;
3   WHEREAS, on May 5, 2011, Defendants Safari West, Inc., Peter Anton Lang
4   and Nancy Anne Lang ("Defendants") filed their Answer to Plaintiff's Complaint
5   ("Answer"), in which Defendants alleged the affirmative defense of unclean hands;
6   WHEREAS, after meeting and conferring with Plaintiffs, Defendants agreed to
7   amend the Answer to remove the unclean hands defense provided that Plaintiffs allow
8   Defendants to investigate and probe the viability of the defense through discovery
9   procedures and allow Defendants to amend their Answer again to re-allege the defense
10  should Defendants later determine they want to continue to assert the defense;
11  WHEREAS, Plaintiffs also agreed that if Defendants decide to amend their
12  Answer following discovery to assert the unclean hands defense again against Plaintiffs,
13  Plaintiffs will not allege that Defendants have waived the defense.
14  NOW THEREFORE, the parties, through their respective attorneys of record,
15  stipulate as follows:
16      i)   Defendants shall file and serve an amended answer eliminating the
17  unclean hands affirmative defense within ten (10) days after the date the Court executes
18  this Order.
19      ii)  Plaintiffs shall allow Defendants to investigate the unclean hands defense
20  through discovery proceedings.
21      iii) If Defendants later decide to amend their answer to re-assert the unclean
22  hands defense, Plaintiffs will not allege that Defendants have waived the unclean hands
23  defense, but do not hereby waive any other challenges to the unclean hands defense.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 2 -

STIP AND [PROPOSED] ORDER RE: ANSWER TO COMPLAINT
(CASE NO. CV 11-0869 LB)

3028624.1

1  **IT IS SO STIPULATED** effective as of June 10, 2011.

2  DATED: June 10, 2011                                        HANSON BRIDGETT LLP

4                                                        By: /s/ Molly A. Lee
                                                              Kurt A. Franklin
5                                                             Molly A. Lee
                                                          Attorneys for Defendants
6                                                           SAFARI WEST, INC.,
                                                          PETER ANTON LANG and
7                                                       NANCY ANNE LANG, individuals and
                                                      as Trustees of the LANG 2003 TRUST
8                                                             dba SAFARI WEST

9  DATED: June 10, 2011                             BARBOSA, METZ & HARRISON, LLP

11                                                       By: /s/ Patricia Barbosa
                                                             Patricia Barbosa
12                                                        Attorneys for Plaintiffs
                                                            RICHARD SKAFF and
13                                                            CONNIE ARNOLD

15  **IT IS SO ORDERED:**

17  DATED: __June 16_____, 2011

20  _____
    HONORABLE LAUREL BEELER
    United States Magistrate Judge

- 3 -

STIP AND [PROPOSED] ORDER RE: ANSWER TO COMPLAINT
(CASE NO. CV 11-0869 LB)

3028624.1