BARBOSA, METZ & HARRISON, LLP
PATRICIA BARBOSA, SBN 125865
PBarbosa@bmihlaw.com
JEFF A. HARRISON, SBN 151227
JHarrison@bmihlaw.com
17547 Ventura Blvd., Suite 310
Encino, CA  91316
Telephone:   (818) 386-1200
Facsimile:    (818) 386-1212

Attorneys for Richard Skaff
and Connie Arnold

HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
MOLLY A. LEE, SBN 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 9 4105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for SAFARI WEST, INC., a
California Corporation; PETER ANTON
LANG and NANCY ANNE LANG,
individuals and as Trustees of the LANG
2003 TRUST dba SAFARI WEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF; and CONNIE ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>SAFARI WEST, INC., a California Corporation; PETER ANTON LANG and NANCY ANNE LANG, individuals and as Trustees of the LANG 2003 TRUST dba SAFARI WEST; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. CV11-0869 LB<br><br>Civil Rights<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE THE SCHEDULING ORDER DATES FOR 60 DAYS AND [~~PROPOSED~~] ORDER** |

3166330.2

1   Pursuant to Local Rule 6-2, Plaintiffs RICHARD SKAFF and CONNIE ARNOLD
2 and Defendants SAFARI WEST, Inc., a California Corporation; PETER ANTON LANG
3 and NANCY ANNE LANG, individuals and as Trustees of the LANG 2003 TRUST dba
4 SAFARI WEST, by and through their respective attorneys of record, Patricia Barbosa of
5 Barbosa Metz & Harrison and Kurt A. Franklin of Hanson Bridgett LLP state as follows:
6   1.   Plaintiffs filed their Complaint on February 24, 2011, with service completed
7 on all Defendants by April 25, 2011.
8   2.   On February 24, 2011 the Court issued its Scheduling Order for Cases
9 Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & III,
10 which ordered the Parties to hold a joint inspection of the premises, with or without a
11 meet-and-confer regarding settlement, no later than June 6, 2011.
12   3.   On May 30, 2011, the Parties filed a joint stipulation to continue the
13 remaining Scheduling Order dates for 60 days to accommodate the calendars of counsel
14 and their respective experts and to allow sufficient time for the Parties to meet and
15 explore early resolution.  This is the second request for an extension of the site
16 inspection date.
17   4.   On June 2, 2011, the Court continued the remaining Scheduling Order
18 dates for 60 days, and ordered the Parties to hold a joint inspection of the premises by
19 August 8, 2011.  Plaintiffs noticed a joint site evaluation at the subject property on July 6,
20 2011.  On July 6, 2011, Plaintiffs, their counsel, and their experts arrived on site to
21 conduct a site inspection as required by the Court to narrow the issues and evaluate
22 early resolution.  Defendants also provided to Plaintiffs' counsel plans to resolve most of
23 the claims for injunctive relief.  The site inspection for the two designated accessible
24 guestrooms and for the issue of accessible transportation for the wild life tour was not
25 completed because the guestrooms were occupied on the date of the inspection and the
26 accessible transportation was not ready for Plaintiff's consultant to evaluate.
27   5.   The parties have actively conferred and attempted to schedule a date to
28 complete their joint inspection prior to the Court's August 8, 2011 deadline, but the parties

1  have been unable to coordinate dates to inspect the two guestrooms or coordinate the
2  calendars of counsel and their respective experts by August 8, 2011.  The Parties have
3  scheduled the continued joint inspection of Safari West for **September 19, 2011** and
4  intend to continue negotiations of Plaintiffs' claims for injunctive relief.
5       6.    As all of the remaining deadlines contained in the Court's Case Scheduling
6  Order are based on the August 8, 2011 date for joint site inspection, the Parties will also
7  be unable to comply with the remaining deadlines for the meeting of counsel.
8       7.    The Parties agree that an extension of the current deadline for joint
9  inspection to September 19, 2011, and for the remaining case schedule dates dependent
10 thereon, is necessary so that the Parties can meet on-site with their respective experts to
11 complete the joint inspection and continue their settlement negotiations.
12      8.    The requested extension of dates will not conflict with the Court's trial
13 schedule as none has been set in this case under General Order 56.
14      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
15 between the undersigned, as follows:
16      The August 8, 2011 deadline for joint inspection of the premises shall be extended
17 to September 19, 2011, with all remaining case schedule dates extended as well.
18
19 Dated: August 18, 2011                **BARBOSA, METZ & HARRISON, LLP**
20
21                                       By: /S/ Patricia Barbosa
                                         PATRICIA BARBOSA
22                                       Attorney for Plaintiffs
                                         RICHARD SKAFF and CONNIE ARNOLD
23
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | Dated: August 18, 2011          **HANSON BRIDGETT, LLP**

3      By:    /S/ Molly A. Lee
KURT A. FRANKLIN, Esq.
Attorneys for Defendants
SAFARI WEST, Inc.; PETER ANTON LANG and NANCY ANNE LANG, individuals and as Trustees of the LANG 2003 TRUST dba SAFARI WEST

7    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

8    The August 8, 2011 deadline for joint inspection of the premises shall be extended to September 19, 2011, and all remaining case schedule dates shall also be extended from the September 19, 2011 date.

11    IT IS SO ORDERED.

13 Dated: August 22, 2011

HONORABLE LAUREL BEELER
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Laurel Beeler]*

3166330.2

-4-        CV11-0869 LB
STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE THE SCHEDULING ORDER DATES FOR 60 DAYS AND [~~PROPOSED~~] ORDER