UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD SKAFF, et al., | No. C 11-00869 LB |
| Plaintiffs, | **ORDER REGARDING THE PARTIES' OCTOBER 10, 2012 STATUS UPDATE** |
| v. | |
| SAFARI WEST, INC., et al. | [Re: ECF No. 27] |
| Defendants. | |

This is an action brought under the Americans with Disabilities Act. On October 10, 2012, the parties submitted a joint status update that informed the court that they are continuing their settlement discussions with mediator Daniel Bowling. Status Conference, ECF No. 27. Because things apparently are going well and they are in the process of preparing drafts of settlement documents, they would like the court to wait an additional 30 days before setting an initial case management conference.

Good cause appearing, the court will not set an initial case management conference at this time. Instead, the court **ORDERS** the parties to submit another status update no later than November 12, 2012, describing the current status of the case.

**IT IS SO ORDERED.**

Dated: October 10, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00869 LB
ORDER