UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD SKAFF, et al.,<br><br>                    Plaintiffs,<br>     v.<br><br>SAFARI WEST, INC., et al.<br><br>                    Defendants.<br>_____/ | No. C 11-00869 LB<br><br>**ORDER REGARDING THE PARTIES' NOVEMBER 26, 2012 STATUS UPDATE**<br><br>[Re: ECF No. 29] |

This is an action brought under the Americans with Disabilities Act. On October 10, 2012, the parties submitted a joint status update that informed the court that they are continuing their settlement discussions with mediator Daniel Bowling. Status Conference, ECF No. 27. Because things apparently were going well and the parties were in the process of preparing drafts of settlement documents, the court decided not to set an initial case management conference at that time. 10/10/2012 Order, ECF No. 28. Instead, the court ordered the parties to submit another status update no later than November 12, 2012, describing the current status of the case. *Id*.

On November 26, 2012, the parties did so. 11/26/2012 Status Report, ECF No. 29. In it, the parties state that, while things are still going well, certain scheduling conflicts have prevented them from completing the settlement process. *Id*. at 3. Accordingly, the court again declines to set an initial case management conference at this time and **ORDERS** the parties to submit another status update no later than January 18, 2012 that describes the current status of the case.

///

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
LAUREL BEELER
United States Magistrate Judge