UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD SKAFF, et al., | No. C 11-00869 LB |
| Plaintiffs, | **ORDER REGARDING THE PARTIES' JANUARY 18, 2013 STATUS UPDATE AND SETTING AN INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAFARI WEST, INC., et al. | |
| Defendants. | [Re: ECF No. 32] |

This is an action brought under the Americans with Disabilities Act. On October 10, 2012, the parties submitted a joint status update that informed the court that they are continuing their settlement discussions with mediator Daniel Bowling. 10/10/2012 Status Report, ECF No. 27. Because things apparently were going well and the parties were in the process of preparing drafts of settlement documents, the court decided not to set an initial case management conference at that time. 10/10/2012 Order, ECF No. 28. Instead, the court ordered the parties to submit another status update no later than November 12, 2012, describing the current status of the case. *Id*.

On November 26, 2012, the parties filed their updated status report. 11/26/2012 Status Report, ECF No. 29. In it, the parties stated that, while things were still going well, certain scheduling conflicts had prevented them from completing the settlement process. *Id*. at 3. Accordingly, the court again declined to set an initial case management conference at this time ordered the parties to submit another status update no later than January 18, 2012 that described the current status of the case. 11/28/2013 Order, ECF No. 30.

As ordered, the parties filed another status update on January 18, 2013.  1/18/2013 Status Report, ECF No. 32.  They state that they are "very close to confirming an agreement on the equitable relief" and have exchanged counteroffers regarding Plaintiff's monetary demand.  *Id*. at 2.  Accordingly, they request that the court set an initial case management conference sometime in March 2013 or thereafter.  *Id*.

The court will do so.  The court hereby **SETS** an initial case management conference for March 28, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.  They shall submit a joint case management conference statement no later than March 21, 2013.  If the parties reach an agreement to settle all of Plaintiff's claims, they shall promptly notify the court so the initial case management conference can be vacated.

**IT IS SO ORDERED.**

Dated: January 24, 2013

_____
LAUREL BEELER
United States Magistrate Judge