1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

San Francisco Division

11

RICHARD SKAFF, et al.,

No. C 11-00869 LB

12

               Plaintiffs,

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 25, 2013**

13

    v.

14

SAFARI WEST, INC., et al.

[Re: ECF No. 34]

15

               Defendants.

16

_____/

17    This is an action brought under the Americans with Disabilities Act.  On October 10, 2012, the

18 parties submitted a joint status update that informed the court that they are continuing their

19 settlement discussions with mediator Daniel Bowling.  10/10/2012 Status Report, ECF No. 27.

20 Because things apparently were going well and the parties were in the process of preparing drafts of

21 settlement documents, the court decided not to set an initial case management conference at that

22 time.  10/10/2012 Order, ECF No. 28.  Instead, the court ordered the parties to submit another status

23 update no later than November 12, 2012, describing the current status of the case.  *Id.*

24    On November 26, 2012, the parties filed their updated status report.  11/26/2012 Status Report,

25 ECF No. 29.  In it, the parties stated that, while things were still going well, certain scheduling

26 conflicts had prevented them from completing the settlement process.  *Id*. at 3.  Accordingly, the

27 court again declined to set an initial case management conference at this time ordered the parties to

28 submit another status update no later than January 18, 2012 that described the current status of the

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1   case.  11/28/2012 Order, ECF No. 30.

2       As ordered, the parties filed another status update on January 18, 2013.  1/18/2013 Status Report,

3   ECF No. 32.  They stated that they are "very close to confirming an agreement on the equitable

4   relief" and have exchanged counteroffers regarding Plaintiff's monetary demand.  *Id*. at 2.  As the

5   parties' requested, the court had set an initial case management conference in March 2013.

6   1/24/2013 Order, ECF No. 33.

7       On March 21, 2013, the parties filed another status update.  3/21/2013 Status Report, ECF No.

8   34.  The parties stated that they "have agreed to all equitable relief, have exchanged settlement

9   agreements comments and are close to an agreement on language details, and have made significant

10  progress on their monetary differences."  As such, the parties requested more time to allow them to

11  reach a settlement through the mediation process.

12      Good cause appearing, the initial case management conference originally set for March 28, 2013

13  is **CONTINUED** to April 25, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District

14  Court, 450 Golden Gate Avenue, San Francisco, California.  The parties shall submit a joint case

15  management conference statement no later than April 18, 2013.  If the parties reach an agreement to

16  settle all of Plaintiff's claims, they shall promptly notify the court so the initial case management

17  conference can be vacated.

18      **IT IS SO ORDERED.**

19  Dated: March 21, 2013

20                                      _____
                                        LAUREL BEELER
21                                      United States Magistrate Judge

22

23

24

25

26

27

28

C 11-00869 LB
ORDER

2