UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD SKAFF, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAFARI WEST, INC., et al.<br><br>            Defendants.<br>_____/ | No. C 11-00869 LB<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO APRIL 25, 2013**<br><br>[Re: ECF No. 34] |

This is an action brought under the Americans with Disabilities Act. On October 10, 2012, the parties submitted a joint status update that informed the court that they are continuing their settlement discussions with mediator Daniel Bowling. 10/10/2012 Status Report, ECF No. 27. Because things apparently were going well and the parties were in the process of preparing drafts of settlement documents, the court decided not to set an initial case management conference at that time. 10/10/2012 Order, ECF No. 28. Instead, the court ordered the parties to submit another status update no later than November 12, 2012, describing the current status of the case. *Id.*

On November 26, 2012, the parties filed their updated status report. 11/26/2012 Status Report, ECF No. 29. In it, the parties stated that, while things were still going well, certain scheduling conflicts had prevented them from completing the settlement process. *Id.* at 3. Accordingly, the court again declined to set an initial case management conference at this time ordered the parties to submit another status update no later than January 18, 2012 that described the current status of the

case. 11/28/2012 Order, ECF No. 30.

As ordered, the parties filed another status update on January 18, 2013. 1/18/2013 Status Report, ECF No. 32. They stated that they are "very close to confirming an agreement on the equitable relief" and have exchanged counteroffers regarding Plaintiff's monetary demand. *Id*. at 2. As the parties' requested, the court had set an initial case management conference in March 2013. 1/24/2013 Order, ECF No. 33.

On March 21, 2013, the parties filed another status update. 3/21/2013 Status Report, ECF No. 34. The parties stated that they "have agreed to all equitable relief, have exchanged settlement agreements comments and are close to an agreement on language details, and have made significant progress on their monetary differences." As such, the parties requested more time to allow them to reach a settlement through the mediation process.

Good cause appearing, the initial case management conference originally set for March 28, 2013 is **CONTINUED** to April 25, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California. The parties shall submit a joint case management conference statement no later than April 18, 2013. If the parties reach an agreement to settle all of Plaintiff's claims, they shall promptly notify the court so the initial case management conference can be vacated.

**IT IS SO ORDERED.**

Dated: March 21, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00869 LB
ORDER
2