UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD SKAFF, et al., | No. C 11-00869 LB |
| Plaintiffs, | **AMENDED ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO MAY 2, 2013** |
| v. | |
| SAFARI WEST, INC., et al. | [Re: ECF No. 34] |
| Defendants. | |

This is an action brought under the Americans with Disabilities Act. On October 10, 2012, the parties submitted a joint status update that informed the court that they are continuing their settlement discussions with mediator Daniel Bowling. 10/10/2012 Status Report, ECF No. 27. Because things apparently were going well and the parties were in the process of preparing drafts of settlement documents, the court decided not to set an initial case management conference at that time. 10/10/2012 Order, ECF No. 28. Instead, the court ordered the parties to submit another status update no later than November 12, 2012, describing the current status of the case. *Id.*

On November 26, 2012, the parties filed their updated status report. 11/26/2012 Status Report, ECF No. 29. In it, the parties stated that, while things were still going well, certain scheduling conflicts had prevented them from completing the settlement process. *Id.* at 3. Accordingly, the court again declined to set an initial case management conference at this time ordered the parties to submit another status update no later than January 18, 2012 that described the current status of the

C 11-00869 LB
ORDER

1  case. 11/28/2012 Order, ECF No. 30.

2  As ordered, the parties filed another status update on January 18, 2013. 1/18/2013 Status Report,
3  ECF No. 32. They stated that they are "very close to confirming an agreement on the equitable
4  relief" and have exchanged counteroffers regarding Plaintiff's monetary demand. *Id*. at 2. As the
5  parties' requested, the court had set an initial case management conference in March 2013.
6  1/24/2013 Order, ECF No. 33.

7  On March 21, 2013, the parties filed another status update. 3/21/2013 Status Report, ECF No.
8  34. The parties stated that they "have agreed to all equitable relief, have exchanged settlement
9  agreements comments and are close to an agreement on language details, and have made significant
10 progress on their monetary differences." As such, the parties requested more time to allow them to
11 reach a settlement through the mediation process.

12 Good cause appearing, the initial case management conference originally set for March 28, 2013
13 is **CONTINUED** to <u>May 2, 2013</u> at 10:30 a.m. in Courtroom C, 15th Floor, United States District
14 Court, 450 Golden Gate Avenue, San Francisco, California.[1] The parties shall submit a joint case
15 management conference statement no later than April 18, 2013. If the parties reach an agreement to
16 settle all of Plaintiff's claims, they shall promptly notify the court so the initial case management
17 conference can be vacated.

18 **IT IS SO ORDERED.**
19 Dated: March 25, 2013

       _____
       LAUREL BEELER
       United States Magistrate Judge

---

[1] The previous order, filed on May 21, 2013, continued the case management conference to April 25, 2013. This amended order continues the case management conference to May 2, 2013 instead.